123

PER CURIAM.

(No. 74-CC-128—Claimant

BRUCE W. SMIT, D.P.M., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed November 13, 1973.*

BRUCE W. SMIT, D.P.M., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-129—Claimant

JOHN P. LEDLIE, Claimant, *vs.* STATE OF ILLINOIS, OFFICE OF THE COMMISSIONER OF BANKS AND TRUST COMPANIES, Respondent.

*Opinion filed November 13, 1973.*

JOHN P. LEDLIE, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.